109 A.3d 676

Aquil JOHNSON, Petitioner

v.

PHILADELPHIA COURT OF COMMON
PLEAS, et al., Respondents.

No. 2 EM 2015.

Supreme Court of Pennsylvania.

Feb. 11, 2015.

## ORDER

PER CURIAM.

AND NOW, this 11th day of February, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**